**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

BANK OF AMERICA, N.A.,

          Respondent

             v.

RUDOLPH RUFUS SUTTON JR.,

          Petitioner

:  No. 24 EM 2017
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of April, 2017, the "King's Bench Matters Application for Extraordinary Relief" and the Application for Correction or Modification of the Record are **DENIED**.